**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA D. MAYFIELD, | CASE NO. CV F 13-1619 LJO BAM |
| Plaintiff, | ORDER TO REFER MOTIONS TO MAGISTRATE JUDGE AND TO VACATE HEARING<br>(Docs. 13 &14.) |
| vs. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |
| _____/ | |

  To expedite this matter and to promote best use of resources, this Court REFERS the motions to dismiss filed by Defendants Law Office of Morse and Pfeiff, *et al*., and the County of Merced, Docs. 13 & 14, to U.S. Magistrate Judge Barbara A. McAuliffe to issue findings and recommendations or orders deemed appropriate. This Court VACATES the March 31, 2013 hearing on the motions set before U.S. District Judge Lawrence J. O'Neill and ORDERS the parties not to appear in Court at the time set for the hearing. The Magistrate Judge will inform the parties if she wishes to reset the hearing.

IT IS SO ORDERED.

  Dated:  **March 24, 2014**      **/s/ Lawrence J. O'Neill**
                    UNITED STATES DISTRICT JUDGE

1