UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA D. MAYFIELD,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF MERCED, *et al.*,<br><br>          Defendants.<br>_____/ | Case No. 1: 13-cv-01619-LJO-BAM<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SANCTIONS (DOC. 26) AND PLAINTIFF'S MOTION TO STRIKE (DOC. 36)** |

Due to press of business, the hearing on Defendants' Motion for Sanctions (Doc. 26) and Plaintiff's Motion to Strike (Doc. 36), currently scheduled for May 2, 2014, is CONTINUED to May 21, 2014, at 9:30 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:  **April 14, 2014**               /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

1