| | |
|---|---|
| 1 | KROLOFF, BELCHER, SMART, |
| 2 | PERRY & CHRISTOPHERSON<br>Velma K. Lim, SBN 111006 |
| 3 | Jamie M. Bossuat, SBN 267458<br>7540 Shoreline Drive |
| 4 | Stockton, CA 95219<br>Phone: (209) 478-2000 |
| 5 | Fax: (209) 478-2000<br>vlim@kroloff.com |
| 6 | jbossuat@kroloff.com |

Attorneys for Defendant COUNTY OF MERCED

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANGELA MAYFIELD, | CASE NO. 1:13-CV-1619-LJO-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| COUNTY OF MERCED; CINDY MORSE, individually; THOMAS PFEIFF, individually; LAW OFFICE OF MORSE & PFEIFF, dba MERCED DEFENSE ASSOCIATES, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff Angela Mayfield and defendants Law Offices of Morse and Pfeiff, Cindy Morse, Thomas Pfeiff, and the County of Merced through their counsel of record, that the Scheduling Conference presently set for September 15, 2014 be continued to November 17, 2014 at 9:00 a.m. in Courtroom 8. The parties so stipulate in order to allow the pending Motions to Dismiss and Motion to Strike currently set for hearing on October 1, 2014 (ECF Nos. 54, 55 and 56) to be decided prior to submitting their Joint Settlement Conference Statement.

Dated: September ____, 2014

_____
ANGELA MAYFIELD, PLAINTIFF IN PRO SE

///

Dated: September 8, 2014                  KROLOFF, BELCHER, SMART,
                                          PERRY & CHRISTOPHERSON

                                          //s// *Jamie M. Bossuat*

                                          JAMIE M. BOSSUAT
                                          Attorneys for Defendants COUNTY OF MERCED;
                                          CINDY MORSE, individually; THOMAS PFEIFF,
                                          Individually; LAW OFFICE OF MORSE & PFEIFF, dba
                                          MERCED DEFENSE ASSOCIATES

## ORDER

The Parties having so stipulated (and signature of plaintiff on the stipulation filed) and good cause appearing, **IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference, currently scheduled for September 15, 2014, be continued to November 17, 2014 at 9:00 AM in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe. The Parties are to file a Joint Scheduling Report no later than seven (7) days prior to the Scheduling Conference.

IT IS SO ORDERED.

   Dated:   **September 9, 2014**              /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE