Charles Stoner, SBN 288174
400 12th Street Ste. 26
Modesto, CA 95354
(209) 408-0765
Fax (888) 673-7683
cstoner@gmail.com

Attorney for Plaintiff, Angela D. Mayfield

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ANGELA MAYFIELD,<br><br>         Plaintiff,<br><br>vs.<br><br>COUNTY OF MERCED; CINDY MORSE, individually; THOMAS PFEIFF, individually; LAW OFFICE OF MORSE & PFEIFF, dba MERCED DEFENSE ASSOCIATES,<br><br>         Defendants. | CASE NO. 1:13-CV-1619-LJO-BAM<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between plaintiff Angela Mayfield, through her counsel of record and defendants MDA, Law Offices of Morse and Pfeiff, Cindy Morse, and Thomas Pfeiff, through their counsel of record, that the deadline presently set for June 30, 2015 to amend the complaint, be continued to August 30, 2015. The parties so stipulate in order to allow Plaintiff more time to investigate whether or not she will add additional parties to her complaint.

**STIPULATION TO EXTEND DEADLINE TO AMEND COMPLAINT**

Dated: June 30, 2015           /S/
                               CHARLES STONER,
                               ATTORNEY FOR PLAINTIFF, Angela Mayfield


Dated:  June 25, 2015          KROLOFF, BELCHER, SMART,
                               PERRY & CHRISTOPHERSON

                               /Velma K. Lim// (w/permission)

                               VELMA K. LIM,
                               Attorneys for Defendants CINDY MORSE, individually;
                               THOMAS PFEIFF, Individually; LAW OFFICE OF MORSE &
                               PFEIFF, dba MERCED DEFENSE ASSOCIATES


### **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that the Deadline to Amend the Complaint is extended to August 30, 2015.  Plaintiff is cautioned that this Court has expended great resources in law and motion practice related to solidifying these pleadings and reminds Plaintiff that any amendment must comply with Plaintiff's obligations under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

   Dated:  **June 30, 2015**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXTEND DEADLINE TO AMEND COMPLAINT**