UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MAYFIELD,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF MERCED, *et al.*,<br><br>             Defendants. | Case No.: 1:13-cv-01619-LJO-BAM<br><br>ORDER REGARDING STIPULATED PROTECTIVE ORDER<br><br>(Doc. 102) |

    Having considered the stipulated protective order filed on September 9, 2015, the Court adopts the protective order in its entirety subject to the following limitation pursuant to Local Rule 141:

    All parties shall comply with the requirements of Eastern District Local Rule 141, in the event that a party would like Confidential Material to be sealed in court filings. In lieu of seeking a motion to seal, the parties may agree to redact the Confidential Material contemplated by the stipulated protective order.

IT IS SO ORDERED.

    Dated: **September 16, 2015**     /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE